UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
ROGER STROUD,

                      Plaintiff,

-against-

CITY OF NEW YORK et al.,

                      Defendants.
-----------------------------------------------------------x

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ DEC 14 2012 ★
BROOKLYN OFFICE

**MEMORANDUM & ORDER**

10-CV-3776 (SLT)(RML)

**TOWNES, United States District Judge:**

On October 12, 2012, this Court issued a Memorandum and Order granting Defendant's request to lift the stay and directing that pro se plaintiff Roger Stroud file his response, if any, to Defendant's pre-motion conference request by November 7, 2012. (Docket No. 34). By letter dated November 2, 2012, Stroud requested an extension due to the effects of Hurricane Sandy. (Docket No. 35). By letter dated December 1, 2012, Stroud filed a notice with the Court of his new address. (Docket No. 36). By letter dated December 4, 2012, Stroud filed another change of address with the Court and indicated that he had, in fact, filed a "response to Rule 12(b)(6)" on November 17, 2012. (Docket No. 37). The Court has no record of such a filing.

Accordingly, and in light of Stroud's multiple relocations within the prison system, the Court sua sponte grants him until January 11, 2013, to re-file his response. No further extension will be granted.

**SO ORDERED.**

                                          /S/ Judge Sandra L. Townes
                                          /SANDRA L. TOWNES
                                          United States District Judge

Dated: December 14, 2012
       Brooklyn, New York